JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :    INDICTMENT

              -v.-                 :    08 Cr.

CESAR RAMIREZ-PEREZ,               :
   a/k/a "Luis Santos,"
   a/k/a "Louis Santos,"           :
   a/k/a "Miguel Perez,"                08 CRIM 625
              Defendant.           :

- - - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

From in or about December 2007, in the Southern District of New York and elsewhere, CESAR RAMIREZ-PEREZ, a/k/a "Luis Santos" a/k/a "Louis Santos" a/k/a "Miguel Perez," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter and was found in the United States, after having been removed from the United States, on or about September 13, 2005, subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about June 11, 2001, in New York Supreme Court, Bronx County, for burglary in the second degree in violation of New York Penal Law, Section 140.25, without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____              _____
FOREPERSON                           MICHAEL J. GARCIA
                                     United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

===

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

===

UNITED STATES OF AMERICA

- v. -

CESAR RAMIREZ-PEREZ,
a/k/a "Luis Santos,"
a/k/a "Louis Santos,"
a/k/a "Miguel Perez,"

Defendant.

===

**INDICTMENT**

08 Cr.

(8 U.S.C. § 1326(a) & (b)(2).)

---

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Angela L. Luna*
Foreperson.

===

Post-It 11/1/87

7/9/08 - Fld. Indictment, case assigned to Judge Preska.

Eaton, J. U.S.M.J. NY.