**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
BY HAND DATE FILED: 8/29/08

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 25, 2008

RECEIVED
AUG 27 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      **Re: United States v. Cesar Ramirez-Perez,**
      **a/k/a "Luis Santos," a/k/a "Louis Santos,"**
      **a/k/a "Miguel Perez,"**
      **08 Cr. 625 (LAP)**

Dear Judge Preska:

    An initial pretrial conference in the above-captioned matter was scheduled for September 3, 2008 at 2:15 p.m. The parties have conferred and respectfully request that the conference be rescheduled to September 2, 2008 at 2:30 p.m.

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
August 28, 2008

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: */s/ Jennifer E. Burns*
Jennifer E. Burns
Assistant United States Attorney
Tel.: (212) 637-2315

cc:    Philip L. Weinstein, Esq. (By facsimile)